**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **TERRANCE WRIGHT,** <br><br> Defendant. | **Case No. 17-3058-01-CR-S-MDH** |

## INFORMATION CHARGING PRIOR FELONY DRUG OFFENSE

The United States of America, by and through Thomas M. Larson, the Acting United States Attorney for the Western District of Missouri, pursuant to Title 21, United States Code, Section 851, files this Information charging the defendant, Terrance Wright, with being convicted of a prior felony drug offense as that term is defined by Title 21, United States Code, Section 802(44) and, as such, the defendant is subject to enhanced penalties and mandatory minimums.

Wright was indicted in this case on May 10, 2017, with the following counts subject to enhancement under Title 21, United States Code, Section 851:

(1) Count One, conspiracy to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B); and

(2) Count Two, possession with intent to distribute 50 grams or more a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

Wright has been previously convicted of the following felony drug offense:

(1) On or about July 21, 2003, in the Circuit Court of Jackson County, Missouri, Wright was convicted of the crime of trafficking in the second degree in case number CR02-5987.

The effect of this prior felony drug offense conviction is that as to Counts One and Two, Wright is subject to a mandatory minimum sentence of 10 years' imprisonment, a term of supervised release of at least 8 years, and other punishments as set forth in Title 21, United States Code, Section 841(b)(1)(B).

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By  */s/ Josephine M. Larison*
Josephine M. Larison, MO Bar #63956
Special Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 17, 2017, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Josephine M. Larison*
Josephine M. Larison
Special Assistant United States Attorney